IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT S. LLOYD, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv707-MHT |
| | ) | (WO) |
| KENNETH JONES, Warden, and | ) | |
| LUTHER STRANGE, the | ) | |
| Attorney General of the | ) | |
| State of Alabama, | ) | |
| | ) | |
|     Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied because his claims are procedurally defaulted.  Also before the court are petitioner's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation

adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2016.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**