IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT S. LLOYD,             )
                             )
    Petitioner,              )
                             )        CIVIL ACTION NO.
    v.                       )          2:14cv707-MHT
                             )              (WO)
KENNETH JONES, Warden, and   )
LUTHER STRANGE, the          )
Attorney General of the      )
State of Alabama,            )
                             )
    Respondents.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 22) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of December, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**